IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3023 |
| v. | ) | |
| | ) | |
| CHARLES BOWERS, | ) | |
| FREDRICK ROBERTSON, | ) | ORDER |
| SHAWN TULL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Defendants Bowers and Tull have filed motions to continue the trial of this matter.  Defendant Robertson's counsel has orally advised the court that he has no objection to a continuance.

    IT THEREFORE HEREBY IS ORDERED,

    The unopposed motions by defendants Bowers and Tull to continue trial, filings 24 and 23, respectively, are granted, and

    1.  Trial <u>as to all defendants</u> is continued to 9:00 a.m., June 12, 2006 before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

    2.  The ends of justice will be served by granting the motions, and outweigh the interests of the public and the defendants in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between April 14, 2006 and June 12, 2006 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of April, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge