IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3023 |
| V. | ) | |
| | ) | |
| CHARLES BOWERS, | ) | |
| FREDRICK ROBERTSON, | ) | ORDER |
| SHAWN TULL, | ) | |
| | ) | |
| Defendants. | ) | |

On notice from the government, and at its request,

IT IS ORDERED that Sean Brennan is appointed to represent Carin Philpot, a witness in this case. The Federal Public Defender shall provide Mr. Brennan with the appropriate CJA voucher.

October 23, 2006.          BY THE COURT:

                           *s/ Richard G. Kopf*
                           United States District Judge