IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                        )<br>              Plaintiff,                      )<br>                                                        )<br>vs.                                                   )<br>                                                        )<br>CHARLES BOWERS,                     )<br>                                                        )<br>              Defendant.                   ) | 4:06CR3023<br><br>**MEMORANDUM<br>AND ORDER** |

    The Court has been advised that the defendant requests permission to enter a plea of guilty. The Court is further advised that the defendant will consent to Judge Piester conducting the hearing on the plea of guilty.

    IT IS ORDERED that:

1.  This case, insofar as it concerns this defendant, is removed from the trial docket based upon the **oral motion** of the defendant that is **granted**.

2.  A hearing on the defendant's anticipated plea of guilty is scheduled before Magistrate Judge Piester on the 27th day of October, 2006 at the hour of 2:00 p.m.

3.  On or before the date for the plea proceeding, counsel for plaintiff and for defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

4.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

5.  Defendant shall be present for this hearing.

Dated  October 24, 2006.

                                                                BY THE COURT:

                                                                s/ David L. Piester
                                                                _____
                                                                United States Magistrate Judge